# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

—————————————

Case No. 5D2026-0476
LT Case No. 16-2008-CF-009432-B

—————————————

DAVID JOHN MAULDIN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

—————————————

3.800 Appeal from the Circuit Court for Duval County.
R. Anthony Salem, Judge.

W. Charles Fletcher, of Law Office of W. Charles Fletcher, Jacksonville, for Appellant.

James Uthmeier, Attorney General, and Amanda Uwaibi, Assistant Attorney General, Tallahassee, for Appellee.

July 28, 2026

PER CURIAM.

AFFIRMED.

WALLIS, LAMBERT, and EDWARDS, JJ., concur.

―――――――――――――――――――――

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

―――――――――――――――――――――